## EXHIBIT A

## AFFIDAVIT IN SUPPORT OF COMPLAINT FOR FORFEITURE

I, Shek Weber, (Affiant) being first duly sworn, depose and state:

1. I am a Task Force Officer (TFO) with the Federal Bureau of Investigations (FBI), Wichita Resident Office and have been since December 9, 2021. I have been employed with the Wichita Police Department (WPD) since January 1998 and currently hold the rank of Detective. During my employment in law enforcement, I have initiated and participated in several investigations related to the distribution of controlled substances. I have assisted on several cases that utilized the use of electronic surveillance and wiretap intercepts. Additionally, I have participated in investigations of drug-related conspiracies that utilized electronic surveillance. I'm currently a narcotics detective with the Wichita Police Department and have been since February 2013. I have been involved in undercover purchases of controlled substances, trash pulls, and the execution of search warrants. As a result, your Affiant has arrested numerous individuals for violating state and federal statues with regards to the possession, manufacture and sale of controlled substances and weapons.

2. This affidavit is submitted in support of a complaint for forfeiture for $8,326.00 in United States currency.

3. The information in this affidavit is information known to me from my participation in this investigation or is information that has been communicated to me by others involved in this investigation. As will be demonstrated herein, I have probable cause to believe that the $8,326.00 in U.S. currency identified in paragraph 2 constitute money or other things of value furnished or intended to be furnished in exchange for a controlled substance, or proceeds traceable to such an exchange, or were used or intended to be used to

1

facilitate one or more violations of Title 21 U.S.C. § 841. Accordingly, the property is subject to forfeiture pursuant to 21 U.S.C. § 881.

4. An investigation was initiated into a drug trafficking organization (DTO) that utilizes a dispatcher/courier drug delivery system and the WPD had previously investigated cells of this DTO. From experience, once a drug customer contacts the customer number, the customer will then be directed by a dispatcher to meet the delivery driver in a parking lot. Once the customer arrives at the designated location, the customer gets into the delivery driver's car and purchases heroin and fentanyl.

5. From January 2022 through March 2022, undercover officers from the WPD called or texted a dispatcher to arrange purchases of both heroin and fentanyl (powder and pills). Once the number was contacted, the dispatcher would provide instructions to meet at a designated location within Wichita, Sedgwick County, Kansas. For several of these purchases the dispatcher sent Jose Rodriguez-Cardenas and/or Felix Rodriguez-Flores, to deliver and receive payment for the ordered drugs to the undercover officers.

6. On March 17, 2022, WPD conducted a search warrant at an apartment located at XXX W. 21at St. North. The only occupant located inside was identified as Jose Rodriguez-Cardenas. During the search of the residence numerous controlled substances were found including heroin, fentanyl powder, thousands of pills containing a detectable amount of fentanyl and pure methamphetamine. Drug packaging materials, wire transfer receipts, and drug ledgers were also located.

7. On March 17, 2022, WPD also conducted a search warrant at an apartment located at XXXX W. 13th St. North. The only occupant located inside the apartment was identified as Felix Rodriguez-Flores.

8. During the search of the residence, WPD located plastic baggies containing foil-wrapped bundles, smaller plastic bags with pills, balloon wrapped bundles and $6,700.00 in U.S. currency on the floor of the bedroom closet. The foil wrapped bundles and the smaller plastic bags with pills were sent to the lab and tested positive for the presence of fentanyl. The balloon wrapped bundles were also sent to the lab and tested positive for the presence of heroin.

9. Near the northeast corner of the closet, a wallet was located on top of a Sharper Image box containing $1,006.00 in U.S. currency. A TCL phone box was found inside the Sharper Image box and was collected as evidence. During processing $620.00 in U.S. currency were found inside the TCL box. The total amount of currency seized during the search of the residence was $8,326.00.

10. During a post-Miranda interview, Rodriguez-Flores stated he sold drugs at the direction of others and was paid $500.00 a week plus all expenses. He stated that he crossed into the United States from Mexico using a coyote on or around December 15, 2021. He originally arrived in Wichita for construction but after being arrested in December, he was threatened to work for the group supplying the drugs and began to sell for them on a regular basis. He stated that he made $6,000.00 a week and that the money in his apartment was money he made from selling drugs. He also stated that authorities would find drugs in a closet in his bedroom. Rodriguez-Flores knew that heroin and fentanyl were controlled substances and it was illegal to possess those substances. He stated that he was resupplied with drugs every week by Jose Rodriguez-Cardenas.

11. Rodriguez-Cardenas and Rodriguez-Flores were both indicted on April 19, 2022, on multiple charges of drug conspiracy, distribution of controlled substances and possession with intent to distribute.

12. On September 21, 2022, Jose Rodriguez-Cardenas pled guilty to Possession of Heroin with Intent to Distribute, a violation of 21 U.S.C. §§ 841(a)(1) and (b)(1(C). In his plea agreement, Rodriguez-Cardenas admitted to knowingly committing the offense and to being guilty of said offense.

13. On October 12, 2022, Felix Rodriguez-Flores pled guilty to guilty to Possession of Heroin with Intent to Distribute, a violation of 21 U.S.C. §§ 841(a)(1) and (b)(1(C). In his plea agreement, Rodriguez-Cardenas admitted to knowingly committing the offense and to being guilty of said offense.

14. Based on the foregoing, I have probable cause to believe that the property identified in paragraph 3 constitutes money or other things of value furnished or intended to be furnished in exchange for controlled substances, or proceeds traceable to such an exchange, or was used or intended to be used to facilitate one or more violations of 21 U.S.C § 841 et. seq. Accordingly, the property in paragraph 3 is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881.

Shek Weber, TFO
FBI

Sworn to and subscribed before me this 3rd day of Oct. 2023

#1722
Notary Public



EDUARDO PADRON
My Appointment Expires
February 19, 2026

My Commission Expires:

February 19th, 2026

4